IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELVER MANUEL CAMPOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:19CV496 |
| v. | ) | 1:17CR41-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before this court for review of the Recommendation filed on June 16, 2022, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 94.) The Recommendation was served on the parties to this action on June 16, 2022, (Doc. 95). Petitioner filed timely objections, (Doc. 97), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a

de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 82) is **DENIED.**

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is **DENIED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of August, 2022.

```
                              _____
                                 United States District Judge
```